UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FULTON DENTAL, LLC, | ) |
| Plaintiff, | ) No. 15 C 11038 |
| v. | ) |
| | ) Judge Edmond E. Chang |
| BISCO, INC., | ) |
| Defendant. | ) |

ORDER

Defendant Bisco, Inc. deposited $3,600 in funds with the Clerk's Office. The funds shall returned, plus appropriate interest, to Bisco, Inc., 1100 Irving Park Road, Schaumburg, Illinois 60193.

ENTERED:

Honorable Edmond E. Chang
United States District Judge

DATE: March 16, 2018